IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DORUS LEE CALDWELL, | * |
| Plaintiff | * |
| vs. | * |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * CASE NO. 3:06-CV-99 (CDL) |
| | * |
| Defendant | * |

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 31, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 11th day of January, 2008.

/s/ Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE